UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYKEEM WELDON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>NDOC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:23-cv-01209-MMD-DJA<br><br>ORDER |

**I.	DISCUSSION**

On December 27, 2023, Plaintiff Hykeem Weldon, who is currently in the custody of the Nevada Department of Corrections ("NDOC"), filed a notice of change of address stating that he was being housed at Ely State Prison. (ECF No. 3). On April 1, 2024, the Court issued an order screening Plaintiff's complaint and referring this case to the Court's Inmate Early Mediation Program. (ECF No. 5). However, the Court's order came back as undeliverable. (ECF No. 7). According to the NDOC's inmate database, Plaintiff is currently housed at Southern Desert Correctional Center.

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

The Court will direct the Clerk of the Court to send a courtesy copy of this order, and the Court's screening order, to Plaintiff at Southern Desert Correctional Center. Within thirty (30) days from the date of entry of this order, Plaintiff shall file a notice of his current address with this Court.  If Plaintiff does not file his current address with the Court within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his current address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send a courtesy copy of this order, as well as the Court's screening order (ECF No. 5) and Plaintiff's complaint (ECF No. 6) to Plaintiff at Southern Desert Correctional Center.

DATED this 16th day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE