AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants*
*Carlos Calderon, Michael Minev,*
*Gabriela Najera, and Jose Navarrete*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYKEEM WELDON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NDOC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01209-MMD-DJA<br><br>**ORDER RE:**<br>**DEFENDANTS' MOTION FOR**<br>**EXTENSION OF TIME TO FILE**<br>**PROPOSED JOINT PRETRIAL**<br>**ORDER**<br>**(FIRST REQUEST)** |

Defendants, Carlos Calderon, Michael Minev, Gabriela Najera, and Jose Navarrete, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, hereby move this Court for an extension of time to file the Joint Pretrial Order (JPTO). This is the first requested extension of time.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    FACTUAL ANALYSIS

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender Hykeem Weldon (Weldon). This Court entered a scheduling order on August 1, 2024, with a JPTO deadline of December 30, 2024. ECF No. 25.

On October 23, 2024, this Court granted Plaintiff's motion to extend discovery. ECF No. 32. A modified scheduling order was issued with a JPTO deadline of February 12, 2025. ECF No. 32. No dispositive motions have been filed so there is no suspension of the deadline for that reason.

Defendants now file a Motion for Extension of Time to File the proposed Joint Pretrial Order (First Request) and request an additional thirty (30) days to file the proposed Joint Pretrial Order.

## II.    ARGUMENT

Defense counsel respectfully requests a thirty (30) day extension of time to file the JPTO from the current deadline of February 12, 2025, to March 14, 2025.

Due to recent staff shortages, Defendants' counsel has been inundated with an unusually heavy workload.

### A.    Current Deadlines

Joint pretrial order:        February 12, 2025

### B.    Proposed Deadlines

Joint pretrial order:        March 14, 2025

### C.    Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists for the requested extension. LR 26-3. Defendants' counsel needs additional time to complete the proposed order in cooperation with the Plaintiff who is currently incarcerated.

///
///
///
///
///
///
///
///
///
///
///

1

## III. CONCLUSION

2

Defendant, by and through counsel, respectfully requests this Court extend the

3 deadline for the proposed Joint Pretrial Order. Defendants assert the requisite good cause

4 is present to warrant an extension of time.  Therefore, the Defendants request additional

5 time, up until **March 14, 2025**, to file the proposed Joint Pretrial Order in this matter.

6

DATED this 11th day of February, 2025.

7

AARON D. FORD
Attorney General

8

9

By:  */s/ Mark Hackmann*
MARK HACKMANN, Bar No. 16704
Deputy Attorney General

10

11

*Attorneys for Defendants*

12

13

14

15

16

**ORDER**

17

The Court having found good cause appearing therein, IT IS HEREBY ORDERED that

18 Defendant's Motion (ECF No. 33) is GRANTED.  The proposed Joint Pretrial Order is due by
March 14, 2025.

19

DATED: 2/12/2025

20

21

_____
DANIEL J. ALBREGTS

22 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 11, 2025, I electronically filed the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (FIRST REQUEST)**, via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

Hykeem Weldon #1104578
Three Lakes Valley Conservation Camp
PO Box 208
Indian Springs, NV 89070
*Plaintiff, Pro Se*

/s/ Karen Easton
An employee of the
Office of the Nevada Attorney General