AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Defendants
Carlos Calderon, Michael Minev,
Gabriela Najera, and Jose Navarrete*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYKEEM WELDON,<br><br>          Plaintiff,<br><br>v.<br><br>NDOC, et al.,<br><br>          Defendants. | Case No. 2:23-cv-01209-MMD-DJA<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>**(SECOND REQUEST)** |

     Defendants, Carlos Calderon, Michael Minev, Gabriela Najera, and Jose Navarrete, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Mark Hackmann, Deputy Attorney General, hereby move this Court for an extension of time to file the Joint Pretrial Order (JPTO). This is the second requested extension of time.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL ANALYSIS**

     This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender Hykeem Weldon (Weldon). This Court entered a scheduling order on August 1, 2024, with a JPTO deadline of December 30, 2024. ECF No. 25.

     On October 23, 2024, this Court granted Plaintiff's motion to extend discovery. ECF No. 32. A modified scheduling order was issued with a JPTO deadline of February 12, 2025. ECF No. 32. No dispositive motions have been filed so there is no suspension of the deadline

Page **1** of 4

for that reason. This Court granted Defendants' Motion for Extension of Time to File Proposed JPTO on February 12, 2025, and ordered the JPTO due March 14, 2025. ECF No. 34.

Defendants now file a Motion for Extension of Time to File the proposed Joint Pretrial Order (Second Request) and request an additional forty-five (45) days to file the proposed Joint Pretrial Order.

## II. ARGUMENT

Defense counsel respectfully requests a forty-five (45) day extension of time to file the JPTO from the current deadline of March 14, 2025, to April 28, 2025, due to unexpected challenges in coordinating with Plaintiff.

### A. Current Deadlines

Joint pretrial order:    March 14, 2025

### B. Proposed Deadlines

Joint pretrial order:    April 28, 2025

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists for the requested extension. LR 26-3. Defendants' counsel needs additional time to complete the proposed order in cooperation with the Plaintiff who is currently incarcerated.

///
///
///
///
///
///
///
///
///

## III.   CONCLUSION

Defendant, by and through counsel, respectfully requests this Court extend the deadline for the proposed Joint Pretrial Order. Defendants assert the requisite good cause is present to warrant an extension of time.  Therefore, the Defendants request additional time, up until **April 28, 2025**, to file the proposed Joint Pretrial Order in this matter.

DATED this 13th day of March 2025.

                              AARON D. FORD
                              Attorney General

                              By:  */s/ Mark Hackmann*
                                    MARK HACKMANN, Bar No. 16704
                                    Deputy Attorney General

                              *Attorneys for Defendants*

Given Defendants' representations that they are having difficulty coordinating with Plaintiff, who is incarcerated, the Court finds good cause to grant Defendants' motion to extend time (ECF No. 35).

IT IS THEREFORE ORDERED that Defendants' motion to extend time (ECF No. 35) is GRANTED and the parties joint pretrial order is due by April 28, 2025.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2025

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 13, 2025, I electronically filed the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)**, via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

Hykeem Weldon #1104578
Three Lakes Valley Conservation Camp
PO Box 208
Indian Springs, NV 89070
*Plaintiff, Pro Se*

                                */s/ Karen Easton*
                                An employee of the
                                Office of the Nevada Attorney General