1  AARON D. FORD
    Attorney General
2  MARK HACKMANN, Bar No. 16704
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1227
5  E-mail: mhackmann@ag.nv.gov

6  *Attorneys for Defendants*
   *Carlos Calderon, Michael Minev,*
7  *Gabriela Najera, and Jose Navarrete*

8            **UNITED STATES DISTRICT COURT**

9              **DISTRICT OF NEVADA**

10  HYKEEM WELDON,                          Case No. 2:23-cv-01209-MMD-DJA

11                    Plaintiff,

12   v.                                     **DEFENDANTS' MOTION FOR
                                            EXTENSION OF TIME TO FILE
13  NDOC, et al.,                           PROPOSED JOINT PRETRIAL
                                            ORDER
14                    Defendants.           (FIFTH REQUEST)**

15        Defendants, Carlos Calderon, Michael Minev, Gabriela Najera, and Jose Navarrete,

16  by and through Aaron D. Ford, Attorney General for the State of Nevada, and Mark

17  Hackmann, Deputy Attorney General, hereby move this Court for an extension of time to

18  file the Joint Pretrial Order (JPTO). This is the Fifth requested extension of time.

19            **MEMORANDUM OF POINTS AND AUTHORITIES**

20  **I.    FACTUAL ANALYSIS**

21        This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender

22  Hykeem Weldon (Weldon). This Court entered a scheduling order on August 1, 2024, with

23  a JPTO deadline of December 30, 2024. ECF No. 25.

24        On October 23, 2024, this Court granted Plaintiff's motion to extend discovery. ECF

25  No. 32. A modified scheduling order was issued with a JPTO deadline of February 12, 2025.

26  ECF No. 32. No dispositive motions have been filed so there is no suspension of the deadline

27  for that reason. This Court granted the Parties' Stipulation for extension of time to file the

28  JPTO and ordered the JPTO to be submitted by July 14, 2025. ECF No. 40.

Defendants now file a Motion for Extension of Time to File the proposed Joint Pretrial Order (Fifth Request) and request an additional sixty (60) days to file the proposed Joint Pretrial Order.

## II.    ARGUMENT

Defense counsel respectfully requests a sixty (60) day extension of time to file the JPTO from the current deadline of July 14, 2025, to September 12, 2025. The Parties held a telephonic settlement discussion on June 16, 2025. Plaintiff requested clarification of some settlement terms which required clarification from the medical administration team. Defense Counsel began a jury trial on Jun 17, 2025, the same day that Plaintiff filed a change of address as he was moved from Three Lakes Valley Conservation Camp to Southern Desert Correctional Center.

### A.    Current Deadlines

Joint pretrial order:        July 14, 2025

### B.    Proposed Deadlines

Joint pretrial order:        September 12, 2025

### C.    Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists for the requested extension. LR 26-3. Defendants' counsel needs additional time to complete the proposed order in cooperation with the Plaintiff who is currently incarcerated.

///
///
///
///
///
///
///
///

1

## III.    CONCLUSION

Defendants, by and through counsel, respectfully request this Court extend the deadline for the proposed Joint Pretrial Order. Defendants assert the requisite good cause is present to warrant an extension of time.  Therefore, the Defendants request additional time, up until and including **September 12, 2025**, to file the proposed Joint Pretrial Order in this matter.

DATED this 11th day of July, 2025.

AARON D. FORD
Attorney General

By: _/s/ Mark Hackmann_
    MARK HACKMANN, Bar No. 16704
    Deputy Attorney General

*Attorneys for Defendants*

**IT IS THEREFORE ORDERED** that Defendant's motion to extend the deadline to file the joint pretrial order (ECF No. 42) is **granted.**  The joint pretrial order is due **September 12, 2025.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 15, 2025,

Page **3** of **4**

1

**CERTIFICATE OF SERVICE**

2   I certify that I am an employee of the State of Nevada, Office of the Attorney General,

3 and that on July 11, 2025, I electronically filed the foregoing, **DEFENDANTS' MOTION**

4 **FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**

5 **(FIFTH REQUEST)**, via this Court's electronic filing system. Parties who are registered

6 with this Court's electronic filing system will be served electronically.

7   Hykeem Weldon #1104578
   Southern Desert Correctional Center

8   PO Box 208
   Indian Springs, NV 89070

9   *Plaintiff, Pro Se*

10           */s/ Jamile Vazquez*
           Jamile Vazquez, an employee of the

11           Office of the Nevada Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page **4** of **4**