AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
Tel: (702) 486-0849
Email: vcorey@ag.nv.gov

*Attorneys for Carlos Calderon, Michael Minev, Gabriela Najera and Jose Navarrete*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HYKEEM WELDON,<br><br>Plaintiff,<br><br>v.<br><br>NDOC, et al.,<br><br>Defendants. | Case No. 2:23-cv-01209-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL [FIRST REQUEST]** |

Plaintiff, Hykeem Weldon, by and through counsel, Peter Angulo, and Defendants, Carlos Calderon, Michael Minev, Gabriela Najera and Jose Navarrete, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, hereby stipulate to continue the Jury Trial set for November 3, 2026. This motion is based on the following Memorandum of Points and Authorities, and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to “achieve the orderly and expeditious disposition of cases.” *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) “Such power is indispensable to the court’s ability to enforce its orders, manage its docket, and regulate insubordinate [] conduct. *Id.* (citing *Mazzeo v. Gibbons*, No. 2:08–cv01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).

Counsel for Mr. Weldon, Peter Angulo, recently substituted into this matter. SDAG Victoria Corey is diligently working to provide Mr. Angulo with the relevant documentation so that he may adequately prepare for trial. The parties are also engaged in ongoing discussions regarding a potential settlement. Additionally, counsel for the defendants has several federal trials scheduled toward the end of this year, which further impacts the current case schedule.

The parties have discussed and agreed to continuing this trial out until the beginning of 2027, at a date convenient to this Court's calendar.

DATED this 30th day of September 2026.

By: */s/ Peter M. Angulo*
PETER M. ANGULO (Bar No. 3672)
*Attorney for Plaintiff*

DATED this 30th day of September 2026

AARON D. FORD
Attorney General

By: */s/ Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
*Attorneys for Defendant*

IT IS SO ORDERED

The telephonic Calendar Call set for Friday, October 9, 2026, at 9:00 A.M. is vacated and rescheduled for Monday, January 4, 2027, at 9:00 A.M. in Reno Courtroom 5 before Judge Miranda M. Du. Jury Trial set for Tuesday, November 3, 2026, at 9:00 A.M. is vacated and rescheduled for Tuesday, January 26, 2027, at 9:00 A.M. in LV Courtroom to be determined before Judge Miranda M. Du.

DATED this 30th day of September, 2026.

Miranda M. Du, U.S. District Judge