AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
Tel: (702) 486-0849
Email: vcorey@ag.nv.gov

*Attorneys for Carlos Calderon, Michael Minev, Gabriela Najera and Jose Navarrete*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HYKEEM WELDON,

Plaintiff,

v.

NDOC, et al.,

Defendants.

Case No. 2:23-cv-01209-MMD-DJA

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants, Carlos Calderon, Michael Minev, Gabriela Najera and Jose Navarrete, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, and Hykeem Weldon, by and through Peter Maitland Angulo, Angulo Law Group, PLLC, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 13th day of November 2026.

*/s/PeterMaitland*
Peter Maitland Angulo (Bar No. 3672)
*Attorney for Plaintiff*

DATED this 13th day of November 2026.
AARON D. FORD
Attorney General

*/s/ Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: November 17, 2026.

UNITED STATES DISTRICT JUDGE